UNITED STATES DEPARTMENT OF LABOR
OFFICE OF ADMINISTRATIVE LAW JUDGES

| | |
|---|---|
| Administrator,<br>Wage and Hour Division<br>    *Prosecuting Party*<br><br>v.<br><br>The Edgewood Company<br>    *Respondent*. | )<br>)<br>)<br>)<br>)<br>)     Case No: 2024-TAE-00004<br>)<br>)<br>)<br>) |

**RESPONDENT'S DEMAND FOR JURY TRIAL**

Comes now The Edgewood Company ("Respondent"), by counsel, and demands a jury trial and in support thereof, states as follows:

1. Administrator issued a Notice of Determination dated December 6, 2023, alleging Respondent violated certain provisions of the Department of Labor's H-2B regulations. The Administrator further alleged that as a result of the violations, Respondent owes $446,273.98 in unpaid wages to seventy-four (74) workers and civil money penalties to the U.S. Department of Labor in the amount of $264,016.78.

2. The Notice of Determination informed Respondent of its right to request a hearing on the Determination pursuant to the Department's regulations.

3. The Department of Labor regulations at 29 C.F.R. § 503.43 specify that a Respondent seeking review of a determination "must make a request for such an administrative hearing in writing to the Chief ALJ." 29 C.F.R. § 503.43(a).

4. Respondent timely requested a hearing in accordance with the Department's regulations on January 3, 2024.

Exhibit B, p. 1

5.    The Department's regulations are silent on whether a Respondent may demand a jury trial in response to an Administrator's Notice of Determination alleging violations of the Department's regulations and assessing unpaid wages and civil money penalties.  The Seventh Amendment to the U.S. Constitution, however, guarantees Respondent a jury trial regarding an agency's allegations of violations and assessment of civil money penalties.  *See SEC v. Jarkesy*, 144 S. Ct. 2117 (2024).

6.    The Administrator's Notice of Determination, including the assessment of unpaid wages and civil money penalties, seeks "a type of remedy at common law that could only be enforced in courts of law" and therefore Respondent is entitled to a jury trial.  *Jarkesy,* 144 S. Ct. at 2122 (*citing Tull v. United States*, 481, 412, 422 (1987)).

WHEREFORE, the Administrator's Notice of Determination implicates Respondent's Seventh Amendment rights and Respondent hereby demands a jury trial on the Administrator's claims.

Respectfully submitted this 9th day of October 2024.

*/s/ Leon R. Sequeira*

_____

Leon R. Sequeira
Sequeira Bilby PLLC
106 Progress Drive
Frankfort, KY  40601
(202) 255-9023 phone
Leon@SequeiraBilby.com
lsequeira@lrs-law.com

Counsel for Respondent

Exhibit B, p. 2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 9, 2024, Respondent's Demand for Jury Trial was served via email to Counsel for the Administrator at:

menkiti.ndidi.n@dol.gov

Ndidi Menkiti
Office of the Regional Solicitor
201 12th Street South
Arlington, VA 22202-5450
(202) 693-9353

*/s/ Leon R. Sequeira*

_____
Leon R. Sequeira
Sequeira Bilby PLLC
106 Progress Drive
Frankfort, KY  40601
(202) 255-9023
Leon@SequeiraBilby.com
lsequeira@lrs-law.com


Counsel for Respondent

3

Exhibit B, p. 3