# UNITED STATES DEPARTMENT OF LABOR
### OFFICE OF ADMINISTRATIVE LAW JUDGES

## Cherry Hill, New Jersey

_____

**Issue Date: 28 October 2024**

Case No.:      2024-TNE-00004

In the Matter of:

**ADMINISTRATOR, WAGE AND HOUR DIVISION,**
**U.S. DEPARTMENT OF LABOR,**
          Plaintiff/Prosecuting Party

          v.

**THE EDGEWOOD COMPANY,**
          Respondent/Employer

## ORDER DENYING RESPONDENT'S DEMAND FOR JURY TRIAL

This matter arises from the request for a hearing filed by The Edgewood Company ("Respondent") regarding a determination letter issued on December 6, 2023, by the Administrator of the Wage and Hour Division of the U.S. Department of Labor ("Administrator"). The Administrator's determination arises from the Secretary of Labor's enforcement of the H-2B provisions of the Immigration and Nationality Act, 8 U.S.C. §1101(a)(15)(H)(ii)(b), as amended, and its implementing regulations set forth at 20 C.F.R. Part 655, Subpart A, and 29 C.F.R. Part 503. A hearing is scheduled for January 28, 2025.

On October 9, 2024, Respondent filed a Demand for Jury Trial. Respondent contends it is entitled to a jury trial because the Administrator assessed unpaid wages and civil money penalties, which are remedies at common law. Respondent relies on the Seventh Amendment to the U.S. Constitution and the U.S. Supreme Court's recent decision in *SEC v. Jarkesy*, 144 S. Ct. 2117 (2024). On October 24, 2024, the Administrator filed an opposition. The Administrator asserts Respondent's demand is a constitutional facial challenge to the applicable statute and regulations, which is beyond the scope of an administrative agency to decide.

The applicable regulations do not provide for a jury trial, nor is there any other authority that would enable me to grant a jury trial. Rather, the regulations specifically provide for administrative hearings relating to the Administrator's determinations. Therefore, I am constrained to hear this matter in a manner consistent with the applicable statute and regulations. *See* 29 C.F.R. §§ 18.12(b)(1) and (7) (providing the ALJ authority to "[r]egulate the course of proceedings in accordance with applicable statute, regulation or executive order" and to "terminate proceedings through dismissal when not inconsistent with such authority").

Exhibit C, p. 1

Additionally, I agree with the Administrator that I lack the authority to determine the constitutionality of the H-2B statute and regulations. *See Thunder Basin Coal Co. v. Reich*, 510 U.S. 200, 215 (1994). Therefore, I do not reach the merits of Respondent's argument. *See In re Mow-It-Alls, LLC*, OALJ Nos. 2022-TAE-00012 & 2022-TAE-00018, slip op. at 3-4 (Oct. 16, 2024); *In re O'Bryan Composting, LLC*, OALJ No. 2023-TAE-00005, slip. op. at 3 (Oct. 1, 2024). Respondent has preserved the issue for appeal.

Because the applicable regulations do not provide for a jury trial, and because I do not have the authority to determine the constitutionality of the applicable statute and regulations, I **DENY** Respondent's Demand for Jury Trial. The hearing will proceed as scheduled.

       **SO ORDERED.**

                          **LAUREN C. BOUCHER**
                          Administrative Law Judge

Cherry Hill, New Jersey

Exhibit C, p. 2

## SERVICE SHEET

Case Name: **Wage_and_Hour_Divisi_v_The_Edgewood_Company_**

Case Number: **2024TNE00004**

Document Title: **ORDER DENYING RESPONDENT'S DEMAND FOR JURY TRIAL**

I hereby certify that a copy of the above-referenced document was sent to the following this 28th day of October, 2024:

**Jonathan P. Brooks**
Paralegal Specialist

Wage and Hour Division Administrator
Administrator
Wage and Hour Division
U. S. Dept. of Labor
Room S-3502, FPB
200 Constitution Ave., N.W.
WASHINGTON DC 20210
       *{Electronic - Regular Email}*

Associate Solicitor Fair Labor Standards
Associate Solicitor
Division of Fair Labor Standards
U. S. Department of Labor
Room N-2716, FPB
200 Constitution Ave., N.W.
WASHINGTON DC 20210
       *{Electronic - Regular Email}*

Regional Administrator
U. S. Department of Labor/ESA
Wage and Hour Division
The Curtis Center, Room 850 West
170 S. Independence Mall West
PHILADELPHIA PA 19106
       *{Electronic - Regular Email}*

Philadelphia Regional Solicitor
Regional Solicitor
U. S. Department of Labor
1835 Market Street, Mailstop SOL/22
PHILADELPHIA PA 19103-2968
       *{Electronic - Regular Email}*

Leon Sequeira, Esq
lsequeira@lrs-law.com
11205 Highway 329
PROSPECT KY 40059
       *{Electronic - Regular Email}*

Ndidi Menkiti
menkiti.ndidi.n@dol.gov
Office of the Solicitor, New York
201 Varick Street
Room 983
NEW YORK NY 10014
       *{Electronic - Regular Email}*

Elizabeth Kuschel
kuschel.elizabeth.a@dol.gov
U.S. DOL Office of the Solicitor
1835 Market Street Mailstop SOL/22
PHILADELPHIA PA 19103
       *{Electronic - Regular Email}*

Exhibit C, p. 3

Exhibit C, p. 4