UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE EDGEWOOD COMPANY, INC., *Plaintiff*, v. UNITED STATES DEPARTMENT OF LABOR, et al., *Defendants*. | Civil Action No. 1:25-cv-01310-TJK |

**NOTICE OF DISMISSAL**

No Defendant having served an answer to the Complaint or a motion for summary judgment, Plaintiff respectfully files this notice of dismissal pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i).

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), the dismissal is without prejudice.

Respectfully submitted,

/s/ Joseph A. Bilby
R. Wayne Pierce
THE PIERCE LAW FIRM, LLC
133 Defense Highway, Suite 201
Annapolis, Maryland 21401-7015
Telephone: 410-573-9955
WPierce@AdventureLaw.com

1

Leon R. Sequeira, MO Bar No. 52303**
Joseph A. Bilby, KY Bar No. 94384**
**SEQUEIRA BILBY PLLC**
106 Progress Drive
Frankfort, KY 40601
Telephone: (502) 409-1778
Leon@SequeiraBilby.com
Joe@SequeiraBilby.com

*Counsel for Plaintiff*

**Admitted *Pro Hac Vice*